UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

**FILED**
**HARRISBURG, PA**

JUL 0 7 2000

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

| | | |
|---|---|---|
| HUANG AI JIN, | : | |
| | : | |
| Petitioner | : | |
| | : | |
| v. | : | CIVIL NO. 1:CV-00-1029 |
| | : | |
| JANET RENO, | : | (Judge Kane) |
| | : | |
| Respondent | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | | |
|---|---|---|
| ZHANG KE LIANG, | : | |
| | : | |
| Petitioner | : | |
| | : | |
| v. | : | CIVIL NO. 1:CV-00-1030 |
| | : | |
| JANET RENO, | : | (Judge Kane) |
| | : | |
| Respondent | : | |

Certified from the record
Date 7-7-00
Mary E. D'Andrea, Clerk
Per, George T. Gardne
Deputy Clerk

**ORDER**

## Background

Both of the above-captioned petitions for writ of habeas
corpus were filed under 28 U.S.C. § 2241. This court has
reviewed the matters and found that they involve common issues of
law and fact. For the reasons outlined below, the cases will be

consolidated pursuant to Federal Rule of Civil Procedure 42(a)

and the consolidated matter will proceed under Civil Action No.

1:CV-00-1029, which was the initially filed action.


## DISCUSSION


Rule 42(a) of the Federal Rules of Civil Procedure states:

> When actions involving a common question
> of law or fact are pending before the
> court, it may order a joint hearing or
> trial of any or all the matters in issue
> in the actions; it may order all the
> actions consolidated; and it may make
> such orders concerning proceedings therein
> as may tend to avoid unnecessary costs or
> delay.

Fed. R. Civ. P. 42(a).

Petitioners Huang Ai Jin and Zhang Ke Liang are husband and

wife. Both are natives of China and are presently represented by

legal counsel employed by the same law firm. Neither petitioner

is presently confined. The petitions similarly name United

States Attorney Janet Reno as sole respondent.

Following a consolidated hearing for both petitioners in

York, Pennsylvania on October 23, 1996, an Immigration Judge

granted them asylum based on their fears of being sterilized if

returned to China. Following cross appeals by petitioners and

2

the Immigration and Naturalization Service, an order of removal

of both petitioners was entered by the Board of Immigration

Appeals (BIA) on September 28, 1999.  By order dated December 23,

1999, the BIA denied their motion for reconsideration.

The factual averments and legal arguments set forth in the

present petitions are identical.  Specifically, both petitions

are challenging the BIA's order of September 28, 1999.  Jin and

Liang each similarly maintain that they are entitled to a grant

of political asylum because of fear of sterilization and

religious persecution if returned to their homeland.

Consequently, since both petitions contain common factors of law

and fact, this court will order the consolidation of the two

actions pursuant to Rule 42(a) and will proceed with the

consolidated matter under the initially filed action, Civil

Action No. 1:CV-00-1029.

AND NOW, THEREFORE, THIS  7th  DAY OF JUNE, July, 2000, IT IS

HEREBY ORDERED THAT:

1.    The Clerk of Court is directed to consolidate

      Liang v. Reno, Civil No. 1:CV-00-1030 into

      Jin v. Reno, Civil No. 1:CV-00-1029, pursuant

      to Federal Rule of Civil Procedure 42(a).

3

2.   The Clerk of Court is directed to close the case

of <u>Liang v. Reno</u>, Civil No. 1:CV-00-1030.


_____

YVETTE KANE
United States District Judge

YK:jvw

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

July 6, 2000

Re:  1:00-cv-01029   Jin v. Reno

True and correct copies of the attached were mailed by the clerk
to the following:

        Robert A. Horne, Esq.
        401 Broadway
        New York, NY  10013

cc:
Judge                      ( ✓ )
Magistrate Judge           (  )
U.S. Marshal               (  )
Probation                  (  )
U.S. Attorney              (  )
Atty. for Deft.            (  )
Defendant                  (  )
Warden                     (  )
Bureau of Prisons          (  )
Ct Reporter                (  )
Ctroom Deputy              (  )
Orig-Security              (  )
Federal Public Defender    (  )
Summons Issued             (  ) with N/C attached to complt. and served by:
                               U.S. Marshal ( )    Pltf's Attorney ( )

Standard Order 93-5        (  )
Order to Show Cause        (  ) with Petition attached & mailed certified mail
                               to: US Atty Gen   ( )  PA Atty Gen ( )
                                   DA of County  ( )  Respondents ( )

Bankruptcy Court           (  )
Other_____PASLC_____     (  )

                                   MARY E. D'ANDREA, Clerk

DATE: ____7/7/00_____            BY: _____
                                       Deputy Clerk