UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

HUANG AI JIN and
ZHANG KE LIANG,

    Petitioners

v.                                              :    CIVIL NO. 1:CV-00-1029

JANET RENO,                                     :    (Judge Kane)

    Respondent

FILED
HARRISBURG, PA

JUL 27 2000

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

**ORDER**

NOW, THIS 27th DAY OF JULY, 2000, IT IS HEREBY ORDERED THAT:

1. The Clerk of Court is directed to serve copies of the above-captioned consolidated petitions for writ of habeas corpus on Respondent and the United States Attorney.

2. Within twenty (20) days of the date of this order, Respondent shall respond to the allegations in the petitions.

3. A determination whether Petitioners should

be produced for a hearing will be held in abeyance pending submission of a response.

4. Petitioners may, if they so desire, file a reply to the response within fifteen (15) days of its filing.

/s/ Yvette Kane
YVETTE KANE
United States District Judge

YK:jvw

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

CLERK'S OFFICE
HARRISBURG DIVISION



Mary D'Andrea, Clerk

TO: _Scr Clerk's Office_

FROM: _Geo._

COMMENTS: _Show Cause order for Serv. Today_

THIS FACSIMILE CONTAINS A TOTAL OF __3__ PAGES INCLUDING THIS SHEET.

PLEASE CALL IF THIS FAX IS INCOMPLETE.
PHONE NUMBER: (717) 221-3920
FAX NUMBER: (717) 221-3959

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG, PENNSYLVANIA 17108

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

July 27, 2000

Re:  1:00-cv-01029   Jin v. Reno

True and correct copies of the attached were mailed by the clerk
to the following:

Robert A. Horne, Esq.
401 Broadway
New York, NY  10013

Lawrence A. Dubin, Esq.
401 Broadway
New York, NY  10013

cc:
Judge                          ( )
Magistrate Judge               ( )
U.S. Marshal                   ( )
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( ) with N/C attached to complt. and served by:
                                   U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( ) with Petition attached & mailed certified mail
                                   to:  US Atty Gen    ( )   PA Atty Gen   ( )
                                        DA of County   ( )   Respondents   ( )
Bankruptcy Court               ( )
Other_____       ( )

faxed order to SCK
7/27/00
for SCM

MARY E. D'ANDREA, Clerk

DATE:  7/27/00                    BY: _____
                                      Deputy Clerk