# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR
ADMISSION TO PRACTICE IN THIS COURT

**1:CV00-1029**

### PETITION

I __Robert A. Horne__, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

| | |
|---|---|
| My home address is: | 11 Lange Land Dr., Mt. Kisco, NY 10549 |
| Residence Telephone: | 914-241-4873 |
| My office address is: | 401 Broadway, New York, NY 10013 |
| Office Telephone: | 212-431-9380 |

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

__1993: New York State Courts & United States District court, Southern District of New York__

__1994: United States District Court, Eastern District of New York__

__United States Court of Appeals, Second and Fourth Circuit__

My attorney Identification number is: __1547__.

RECEIVED SCRANTON JUN 7 2000
MARY E. D'ANDREA, CLERK
Per_____ Deputy Clerk

FILED HARRISBURG, PA
JUL 31 2000
MARY E. D'ANDREA, CLERK
Per_____ Deputy Clerk

---

### FOR COURT USE ONLY

____ GENERAL ADMISSION:

BEFORE JUDGE _____  Date: _____
U.S. DISTRICT JUDGE

✗ SPECIAL ADMISSION:

GRANTED: _____  Date: 31 July 00
U.S. DISTRICT JUDGE

Please Answer the Following Questions:

All occasions, if any, on which I have been convicted of a crime (subsequent to my becoming an attorney), censured, suspended, disciplined or disbarred by any court are set forth as follows: (State the facts and circumstances connected with each if none, state "none".)

____None____

All occasions, if any, on which I have been held in contempt of court are set forth as follows: (State the nature and final disposition of the contempt: if none, state "none".)

I do ____, do not __X__, have any disciplinary action, contempt or other proceedings involving me pending before any court. (check the appropriate space.) If there are pending proceedings, please explain: ____

I am seeking:

____ General Admission under Local Rule LR 83.8

__X__ Special Admission (specify by a check which rule) under

Local Rules LR 83.9.1 ____, LR 83.9.2 ____, or LR 83.9.3 __x__

If seeking special admission under Local Rules LR 83.9.1, LR 83.9.2, or LR 83.9.3, the basis for my admission under the designated rule is as follows: ____

To commence a Habeas Corpus proceeding pursuant to 28U.S.C. 2241

ALSO NAME THE PARTY YOU REPRESENT:

____Huang Ai Jin____

If special admission is requested for a particular case, please list case number and caption:

Case # _____

Caption # ____Huang Ai Jin V. Janet Reno, United States Attorney General____

I understand that:

1) If seeking admission under Section LR 83.9.1 or LR 83.9.2, I must submit a letter from a superior stating the agency with which I am employed and the duties performed which qualify me for admission under those sections.

2) If petitioning for admission, only in a particular case, under Rule LR 83.9.3, I need no sponsor's certificate.

3) If seeking regular admission under Rule LR 83.8, I must have a sponsor who is a member in good standing of the Bar of this Court present to move for my admission and I must submit the sponsor's certificate with my petition.

_____
Robert A. Horne
PETITIONER

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
_____
(Social Security Number)

6-5-2000
_____
(Date)

```
Wed Jun  7 14:02:09 2000

    UNITED STATES DISTRICT COURT

      SCRANTON      , PA

  Receipt No.   333 80904
  Cashier          tanya

  Tender Type  CHECK

  Check Number: 14438

  Transaction Type   C

  Case No./Def No. 3:00-PR-1      /   )


  DO Code    Div No     Acct
   4667        3        6855XX

  Amount              $    25.00

  GOLDBERGER & DUBIN 401 BROADWAY NEW Y
  ORK, NY 10013

  SP ADM ROBERT G. HORNE
```