# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR :
ADMISSION TO PRACTICE IN THIS COURT :
: CV00-1030
PETITION     10 29

I __Lawrence A. Dubin__, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My home address is: 16 Thomas Place, Rowayton, CT 06851

Residence Telephone: 203-866-3816

My office address is: 401 Broadway, New York, NY 10013

Office Telephone: 212-431-9380

RECEIVED SCRANTON JUN 7 2000 MARY E. D'ANDREA, CLE Per ___ Deputy Clerk

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

1967: New York State Courts, 1976: New Jersey State Courts

1971: United States District Court, Southern and Eastern Districts

of New York and United States Court of Appeals, Second Circuit

My attorney Identification number is: 3618

FILED
HARRISBURG, PA
JUL 31 2000
MARY E. D'ANDREA CLERK
Per ___ Deputy Clerk

FOR COURT USE ONLY

___ GENERAL ADMISSION:

BEFORE JUDGE _____    Date: _____
         U.S. DISTRICT JUDGE

_X_ SPECIAL ADMISSION:

GRANTED: _____    Date: 7/31/00
         U.S. DISTRICT JUDGE

Please Answer the Following Questions:

All occasions, if any, on which I have been convicted of a crime (subsequent to my becoming an attorney), censured, suspended, disciplined or disbarred by any court are set forth as follows: (State the facts and circumstances connected with each if none, state "none".)

__None__

All occasions, if any, on which I have been held in contempt of court are set forth as follows: (State the nature and final disposition of the contempt: if none, state "none".)

I do ____, do not __X__, have any disciplinary action, contempt or other proceedings involving me pending before any court. (check the appropriate space.) If there are pending proceedings, please explain: _____

I am seeking:

____ General Admission under Local Rule LR 83.8

__X__ Special Admission (specify by a check which rule) under

Local Rules LR 83.9.1 ____, LR 83.9.2 ____, or LR 83.9.3 __X__

If seeking special admission under Local Rules LR 83.9.1, LR 83.9.2, or LR 83.9.3, the basis for my admission under the designated rule is as follows: _____

__to commence a Habeas Corpus proceeding pursuant to 28 U.S.C. 2241__

ALSO NAME THE PARTY YOU REPRESENT:

__Zhang Ke Liang__

If special admission is requested for a particular case, please list case number and caption:

Case # _____

Caption # __Zhang Ke Liang V. Janet Reno, United States Attorney General__

I understand that:

    1)     If seeking admission under Section LR 83.9.1 or LR 83.9.2, I must submit a letter from a superior stating the agency with which I am employed and the duties performed which qualify me for admission under those sections.

    2)     If petitioning for admission, only in a particular case, under Rule LR 83.9.3, I need no sponsor's certificate.

    3)     If seeking regular admission under Rule LR 83.8, I must have a sponsor who is a member in good standing of the Bar of this Court present to move for my admission and I must submit the sponsor's certificate with my petition.

*[signature]*
Lawrence A. Dubin
**PETITIONER**

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

(Social Security Number)

6-5-2000

(Date)