UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

HUANG AI JIN and
ZHANG KE LIANG,

        Petitioners

    v.                          CIVIL NO. 1:CV-00-1029

JANET RENO,                (Judge Kane)

        Respondent

**FILED**
HARRISBURG, PA

SEP 15 2000

MARY E. D'ANDREA, CLERK
Per _____
     Deputy Clerk

<u>ORDER</u>

    Upon consideration of Petitioners' joint reply to the Respondent's answer, IT IS HEREBY ORDERED THAT within twenty (20) days of the date of this order, Petitioners may either: (1) file amended petitions, or (2) withdraw their petitions without prejudice. This court offers no opinion at this time as to the merits of Respondent's lack of jurisdiction argument.

                                              YVETTE KANE
                                              United States District Judge

DATED: SEPTEMBER 14, 2000

YK:jvw

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

September 15, 2000


Re:  1:00-cv-01029    Jin v. Reno


True and correct copies of the attached were mailed by the clerk
to the following:


Robert A. Horne, Esq.
401 Broadway
New York, NY  10013

Lawrence A. Dubin, Esq.
401 Broadway
New York, NY  10013

Mary Catherine Frye, Esq.
U.S. Attorney's Office
Room 217 Federal Building
228  Walnut St.
Harrisburg, PA  17108


cc:
Judge                          ( ✓ )
Magistrate Judge               (   )
U.S. Marshal                   (   )
Probation                      (   )
U.S. Attorney                  (   )
Atty. for Deft.                (   )
Defendant                      (   )
Warden                         (   )
Bureau of Prisons              (   )
Ct Reporter                    (   )
Ctroom Deputy                  (   )
Orig-Security                  (   )
Federal Public Defender        (   )
Summons Issued                 (   ) with N/C attached to complt. and served by:
                                    U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5            (   )
Order to Show Cause            (   ) with Petition attached & mailed certified mail
                                    to:  US Atty Gen   ( )   PA Atty Gen ( )
                                         DA of County  ( )   Respondents ( )
Bankruptcy Court               (   )
Other_____   (   )

                                              MARY E. D'ANDREA, Clerk

DATE: _____9/15/00_____          BY: /s/ _____
                                              Deputy Clerk