UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

HUANG AI JIN and
ZHANG KE LIANG,                   :
                                  :
          Petitioners             :
                                  :
     v.                           :     CIVIL NO. 1:CV-00-1029
                                  :
JANET RENO,                       :     (Judge Kane)       **FILED**
                                  :                        HARRISBURG, PA
          Respondent              :

                                        DEC - 7 2000

                    ORDER                MARY E. D'ANDREA, CLERK
                                        Per _____
                                              Deputy Clerk

     Within fifteen (15) days of the date of this order,

Respondent may either file a supplemental response to the amended

petition for writ of habeas corpus or written notification of their

intent to stand on their previously filed response to the original

petition.


                              _____
                              YVETTE KANE
                              United States District Judge


DATED:   DECEMBER   7th   , 2000


YK:jvw

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

December 7, 2000

Re:  1:00-cv-01029   Jin v. Reno

True and correct copies of the attached were mailed by the clerk
to the following:

      Robert A. Horne, Esq.
      401 Broadway
      New York, NY  10013

      Mary Catherine Frye, Esq.
      U.S. Attorney's Office
      Room 217 Federal Building
      228  Walnut St.
      Harrisburg, PA  17108

      Lawrence A. Dubin, Esq.
      Goldberger & Dubin
      401 Broadway
      Suite 306
      New York, NY  10013

cc:
Judge                        ( ✓ )
Magistrate Judge             ( )
U.S. Marshal                 ( )
Probation                    ( )
U.S. Attorney                ( )
Atty. for Deft.              ( )
Defendant                    ( )
Warden                       ( )
Bureau of Prisons            ( )
Ct Reporter                  ( )
Ctroom Deputy                ( )
Orig-Security                ( )
Federal Public Defender      ( )
Summons Issued               ( ) with N/C attached to complt. and served by:
                                 U.S. Marshal ( )    Pltf's Attorney ( )

Standard Order 93-5          ( )
Order to Show Cause          ( ) with Petition attached & mailed certified mail
                                 to: US Atty Gen ( )    PA Atty Gen ( )
                                     DA of County ( )   Respondents ( )

Bankruptcy Court             ( )

BLC

12-7-00